AO 440 (Rev. 8/01) Summons in a Civil Action

CM# 70020860000841256605

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

LINDA BROOKS,

V.

LAW OFFICE OF SAM STREETER, P.L.L.C,
ET AL.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06 CV 62-MEF

TO: (Name and address of Defendant)

STACY VOGLE
ATTN: SAM STREETER, REGISTERED AGENT
10333 RICHMOND AVE., STE 600
HOUSTON, TEXAS 77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
ESPY, METCALF & POSTON, P.C.
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1-24-06

AO 440 (Rev. 8/01) Summons in a Civil Action

Cm# 7002 0860 0008 4125 6612

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

LINDA BROOKS,

V.                                    **SUMMONS IN A CIVIL ACTION**

LAW OFFICE OF SAM STREETER,
P.L.L.C., ET AL.                      CASE NUMBER: 1:06cv62-MEF

TO: (Name and address of Defendant)

MR. CORRALES
ATTN: SAM STREETER, REGISTERED AGENT
10333 RICHMOND AVE., STE 600
HOUSTON, TEXAS 77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
ESPY, METCALF & POSTON, P.C.
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                      1-24-06
CLERK                                 DATE
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

Cm# 70020860000841256681

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

LINDA BROOKS,

V.

**SUMMONS IN A CIVIL ACTION**

LAW OFFICE OF SAM
STREETER, P.L.L.C, ET AL.

CASE NUMBER: 1:06cv62-MEF

TO: (Name and address of Defendant)

LAW OFFICE OF SAM STREETER, P.L.L.C.
ATTN: SAM STREETER, REGISTERED AGENT
10333 RICHMOND AVE., STE 600
HOUSTON, TEXAS 77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
ESPY, METCALF & POSTON, P.C.
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                1-24-06

CLERK                                           DATE

(By) DEPUTY CLERK