**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Watkins        ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
J. Watkins                          1-27-6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

1. Article Addressed to:

   STACY VOGLE
   ATTN: SAM STREETER
   10333 RICHMOND, AVE., STE 600
   HOUSTON, TEXAS 77042

   1:06cv062MEF  STC
   (REGISTERED AGENT)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7002 0860 0008 4125 6605

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540