**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LAW OFFICE OF SAM STREETER, PLLC
   ATTN: SAM STREETER
   10333 RICHMOND AVE., STE 600
   HOUSTON, TEXAS 77042

   1:06CV62-MEF SRC
   (REGISTERED AGENT)

2. Article Number
   (Transfer from service label)

   7002 0860 0008 4125 6681

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Watts _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   Watkins

C. Date of Delivery
   1-27-6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes