**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MR. CORRALES
   ATTN: SAM STREETER
   10333 RICHMOND AVE., STE 600
   HOUSTON, TEXAS 77042

   1:06cv062-MEF SC

   (REGISTERED AGENT)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ Watt_____   ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name): S. WATKW
C. Date of Delivery: 27-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7002 0860 0008 4125 6612

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540