## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA BROOKS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:06-CV-62** |
| | ) | |
| LAW OFFICE OF SAM | ) | |
| STREETER, P.L.L.C., | ) | |
| STACY VOGLE, individually, and | ) | |
| MR. CORRALES, | ) | |
| | ) | |
| **Defendants.** | ) | |

### Report of Parties' Planning Meeting

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on **March 15, 2006** and was attended by:

> David G. Poston on behalf of Plaintiff, Linda Brooks.
> W. McCollum Halcomb on behalf of Law Office of Sam Streeter, P.L.L.C.
> (Defendants Stacy Vogle and Mr. Corrales have not been properly served.)

The Parties do not request a conference with the Court before entry of the Scheduling Order.

1.    Plaintiff seeks actual damages, punitive damages and statutory damages, costs and attorney fees for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* and various state law causes of action including: negligent supervision, harassment and invasion of privacy.

Defendant Law Office of Sam Streeter, P.L.L.C. readopts and realleges all affirmative defenses from the Answer filed in response to Plaintiff's Complaint as if fully set forth herein.

Defendant denies all Plaintiff's allegations and contentions which were stated in the Plaintiff's Complaint.

2.      This jury action would be ready for **March 2007**, and, at this time, is expected to take approximately one and one-half days to try.

3.      The Parties request a pre-trial conference in **January 2007**.

4.      Pre-discovery Disclosures.

The Parties will exchange by **April 28, 2006** the information required by Fed. R. Civ. P. 26(a)(1).

5.      **Discovery Plan.**

The Parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

    a.      The circumstances and allegations of the Plaintiff's Complaint.
    b.      Damages.
    c.      Legal defenses raised by Defendant.

All discovery will be commenced in time to be completed by **November 30, 2006**.

Maximum of 30 interrogatories by each party to any other party.  Responses due 30 days after service.

Maximum of 40 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 40 requests for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 5 depositions by Plaintiff and 5 depositions by each Defendant, exclusive of expert depositions, unless extended by agreement. No single deposition may exceed 8 hours in length, unless extended by agreement.

Supplementation under Rule 26(e) of the Federal Rules of Civil Procedure within 30 days after the attorney learns of the information requiring said supplementation.

6.      Plaintiff should be allowed until **May 15, 2006** to join additional parties and to amend pleadings. Prior to May 15, 2006, Plaintiff may request additional time to add additional parties if the names, addresses and telephone numbers of each individual likely to have discoverable information is not timely disclosed as required by Rule 26(a)(1)(A). Defendant should be allowed until **June 15, 2006** to join additional parties and to amend pleadings.

7.      Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by **August 15, 2006**.

From Defendant Law Office of Sam Streeter, P.L.L.C. by **September 15, 2006.**

8.      **Pretrial Disclosures:**

Final lists of witnesses and exhibits under Rule 26(a)(3) due 15 days prior to the trial date as set by subsequent pretrial order of this Court.

9.      All potentially dispositive motions should be filed by **November 23, 2006** or, in the event discovery deadlines have been extended, 7 days prior to the close of discovery. Any briefs or materials in response are due 20 days after the date of filing of any dispositive motions.

10.     All motions *in limine* should be filed 30 days prior to the date set for trial.

11.     Settlement cannot be realistically evaluated prior to the close of discovery,

**November 30, 2006**.

Done this the 15th day of March, 2006.

*/s/ David G. Poston*
David G. Poston (POS007  )
Attorney for Plaintiff
ESPY, METCALF & POSTIN, P.C.
Post Office Drawer 6504
Dothan, AL  36302
(334) 79306288

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb (HAL030)
Attorney for Law Office of
Sam Streeter, P.L.L.C.
HALCOMB & WERTHEIM, PC
PO Box 12005
Birmingham, AL  35202-2005
(205) 251-0007