IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA BROOKS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO 1: 2006-CV-62-MEF |
| LAW OFFICE OF SAM STREETER, P.L.L.C., et al., | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Comes now the undersigned legal counsel and pursuant to the Federal Rules of Civil Procedure, hereby moves this Honorable Court to enter his appearance as additional counsel for Plaintiff in the above-styled cause.

Respectfully Submitted,

Gerald A. Templeton, Esq.
Attorney for Plaintiff (TEM002)

OF COUNSEL:
THE TEMPLETON GROUP, P.C.
1000 Providence Park, Suite 200
Birmingham, Alabama 35244
(205) 980 8828 phone
(205) 980 8848 Facsimile
jerry@ttgpc.com email

## CERTIFICATE OF SERVICE

      I hereby certify that on this **5th** day of April 2006, I served by electronic filing and electronic facsimile transmission or via First-Class mail, postage prepaid, a true and correct copy of the foregoing document to the following parties:

W. McCollum Halcomb (HAL030)
Attorney for Law Office of
Sam Streeter, P.L.L.C.
HALCOMB & WERTHEIM, PC
PO Box 12005
Birmingham, AL 35202-2005
(205) 251 0046
(205) 251 0017

David G. Poston
Brock and Stout
PO Drawer 311167
Enterprise, AL 36331-1167
(334) 671 5555
(334) 671 2689 Fax

OF COUNSEL