**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LINDA BROOKS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE # 1:06-CV-62** |
| ) | |
| **LAW OFFICE OF SAM STREETER, P.L.L.C.** ) | |
| **STACY VOGLE INDIVIDUALLY, &** ) | |
| **MR. CORRALES, INDIVIDUALLY,** ) | |
| ) | |
| **Defendants.** ) | |

**Notice of Service of Offer of Judgment**

Defendant Law Office of Sam Streeter, PLLC has served upon Plaintiff an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb
Attorney for Defendants
HALCOMB & WERTHEIM, PC
P O Box 12005
Birmingham, AL  35202-2005
(205) 251-0007

## Certificate of Service

      I hereby certify that I have served a copy of the forgoing upon counsel for the Plaintiffs via US Mail, postage prepaid, this the 22nd day of June, 2006, to the following address:

David G. Poston
Brock & Stout
P O Box 361117
Enterprise, AL  36331


Gerald A. Templeton
The Templeton Group, P.C.
1000 Providence Park
Suite, 200
Birmingham, AL 35242

                          */s/ W. McCollum Halcomb*
                          Of Counsel