IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA BROOKS ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE # 1:06-CV-62 |
| ) | |
| LAW OFFICE OF SAM STREETER, P.L.L.C. ) | |
| STACY VOGLE INDIVIDUALLY, & ) | |
| MR. CORRALES, INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |

**Notice of Service of Offer of Judgment**

Defendant Law Office of Sam Streeter, PLLC has served upon Plaintiff an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb
Attorney for Defendant
HALCOMB & WERTHEIM, PC
P.O. Box 12005
Birmingham, AL 35203-2005
(205) 251-0007

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiffs via US Mail, postage prepaid, this the 18th day of July, 2006, to the following address:

David G. Poston
Brock & Stout
P.O. Box 361117
Enterprise, AL 36331

Gerald A. Templeton
The Templeton Group, P.C.
1000 Providence Park
Suite 200
Birmingham, AL 35242

                                                */s/ W. McCollum Halcomb*
                                                Of Counsel

Case 1:06-cv-00062-MEF-TFM    Document 13    Filed 07/18/2006    Page 3 of 8

Case 1:06-cv-00062-MEF-TFM    Document 13    Filed 07/18/2006    Page 6 of 8

Case 1:06-cv-00062-MEF-TFM   Document 13   Filed 07/18/2006   Page 8 of 8