## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LINDA BROOKS                                    )
                                                )
     PLAINTIFF,                                )
                                                )
v.                                              )          CASE # 1:06-CV-62
                                                )
LAW OFFICE OF SAM STREETER, P.L.L.C.            )
STACY VOGLE INDIVIDUALLY,          &            )
MR. CORRALES, INDIVIDUALLY,                     )
                                                )
     DEFENDANTS.                               )

### Notice of Service of Discovery

     Defendant Law Office of Sam Streeter, PLLC has served upon Plaintiff Interrogatories, Request for Production of Documents and Requests for Admission.


                           */s/ W. McCollum Halcomb*
                           W. McCollom Halcomb
                           Attorney for Defendant
                           HALCOMB & WERTHEIM, PC
                           P.O. Box 12005
                           Birmingham, AL 35203-2005
                           (205) 251-0007

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiffs via US Mail, postage prepaid, this the _____ day of August, 2006, to the following address:

David G. Poston
Brock & Stout
P.O. Box 361117
Enterprise, AL 36331

Gerald A. Templeton
The Templeton Group, P.C.
1000 Providence Park
Suite 200
Birmingham, AL 35242

_/s/ W. McCollum Halcomb_
Of Counsel