## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LINDA BROOKS ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE # 1:06-CV-62 |
| ) | |
| LAW OFFICE OF SAM STREETER, P.L.L.C. ) | |
| STACY VOGLE INDIVIDUALLY,    & ) | |
| MR. CORRALES, INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |

**Notice of Serviced of Offer of Judgment**

    Defendant Law Office of Sam Streeter, PLLC has served upon Plaintiff an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

                                              */s/ W. McCollum Halcomb*
                                              W. McCollom Halcomb
                                              Attorney for Defendant
                                              HALCOMB & WERTHEIM, PC
                                              P.O. Box 12005
                                              Birmingham, AL 35203-2005
                                              (205) 251-0007

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiffs via US Mail, postage prepaid, this the ____ day of August, 2006, to the following address:

David G. Poston
Brock & Stout
P.O. Box 361117
Enterprise, AL 36331

Gerald A. Templeton
The Templeton Group, P.C.
1000 Providence Park
Suite 200
Birmingham, AL 35242

                                              */s/ W. McCollum Halcomb*
                                              Of Counsel

Case 1:06-cv-00062-MEF-TFM    Document 15    Filed 08/18/2006    Page 5 of 8