IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA BROOKS    ) | |
| ) | |
| PLAINTIFF,    ) | |
| ) | |
| v.    ) | CASE # 1:06-CV-62 |
| ) | |
| LAW OFFICE OF SAM STREETER, P.L.L.C.  ) | |
| STACY VOGLE INDIVIDUALLY,    &    ) | |
| MR. CORRALES, INDIVIDUALLY,    ) | |
| ) | |
| DEFENDANTS.    ) | |

**DEFENDANT, LAW OFFICE OF SAM STREETER'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Defendant, Law Office of Sam Streeter (hereinafter referred to as the "Streeter Law Firm"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Court to enter Summary Judgment against the Plaintiff and in favor of the Defendant, and for grounds says that there is no genuine issue as to any material fact and that the Defendant is entitled to a judgment as a matter of law.

This Motion is based on the pleadings, the Defendant's Brief In Support of Motion for Summary Judgment, the supporting affidavit of Sam Streeter, attached as "Exhibit "A", and the additional attached supporting exhibits B and C.

Respectfully Submitted.

/s/ W. McCollum Halcomb
W. McCollum Halcomb (HAL030)
ASB9223M71W
Attorney for Law Office of Sam Streeter
HALCOMB & WERTHEIM, PC
P.O. Box 12005
Birmingham, AL  35202-2005

>/s/ *India A. Ramey*
> India A. Ramey (SMI246)
> ASB8345D48S
> Attorney for Law Office of Sam Streeter
> HALCOMB & WERTHEIM, PC
> P.O. Box 12005
> Birmingham, AL  35202-2005

## Certificate of Service

I hereby certify that I have served a copy of the forgoing upon counsel for the Plaintiffs via US Mail, postage prepaid, this the 24th day of October, 2006, to the following address:

David G. Poston
Brock & Stout
P.O. Box 361117
Enterprise, AL 36331

Gerald A. Templeton
The Templeton Group, P.C.
1000 Providence Park
Suite, 200
Birmingham, AL 35242

>/s/ *India A. Ramey*
> Of Counsel