**EXHIBIT C**

Case 1:06-cv-00062-MEF-TFM   Document 18-3   Filed 10/24/2006   Page 1 of 8

ACCOUNT INFORMATION REPORT

ACCOUNT#: 13069159050500053                               FINANCIAL

Forwarder: CACV069/BANK ONE                               Placement
    Acct#: 4366133054832802                      05/02/2005      $5,311.97
                                                          Last Payment
Original Creditor: BANK ONE                                        $0.00
       Debt Type: CC                                      Principal  $5,311.97
                                                          Interest      $0.00
                                                          Attorney      $0.00
STATUS: CANCELLED(BK7)                                    Court         $0.00
                                    WIP#    Days Left     Misc          $0.00
Assigned to: <Unassigned>             0        0
                                                          BALANCE   $5,311.97

Personal Information
    Debtor   1        First              MI    Last Name
                      LINDA J                  BROOKS
        Address 168 CRYSTAL DR
           City OZARK            ST AL    Zip 36360
        Country                  Province

        Work Tel (334)792-3333   Home Tel (334)685-2484
            Ext                  Fax

        SS# 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          Driver's License #:
        DOB 06/01/1964           State:
        Spouse

Debt
    Service Provided CREDIT CARD

        Placement Breakdown
    Principal        $5,311.97        Debt Type   Credit Cards
    Awarded Int
    Attorney Fees
    Court Costs                       Last Payment Date 08/20/2004
    Misc Costs                        Last Payment Amount   $105.00
    Accrued Int                       Last Charge Date
    Total Placement  $5,311.97        Last Charge Amount

            Original Loan Terms
    Contract Date                     Original Loan Amount
    Number of Payments                Amount of Payments
    Interest Rate %                   Serial/Vin Number
    Collateral

Forwarder
    Forwarder Name    CACV069/BANK ONE
    Service(s) Provided  CREDIT CARD
    Original Creditor BANK ONE
    Corp Name
        Address  370 17TH ST SUITE 5000
           City  DENVER         ST CO    Zip 80220
                 Province                Country
    Instructions
        VOD AVAILABLE UPON REQUEST/WARRANTY PERIOD EXPIRES 10-14-05

    Suit Authority                Settlements                 Misc
    Authority? With Written Request   Approved at 90.00%      Report to Credit Bureau? Yes

```
                        ACCOUNT INFORMATION REPORT
ACCOUNT#:    13069159050500053                          FINANCIAL

 Forwarder:  CACV069/BANK ONE                              Placement
     Acct#:  4366133054832802                         05/02/2005    $5,311.97
                                                          Last Payment
                                                                        $0.00
Original Creditor: BANK ONE                           Principal     $5,311.97
        Debt Type: CC                                 Interest          $0.00
                                                      Attorney         $0.00
STATUS:   CANCELLED(BK7)                              Court            $0.00
                                      WIP#  Days Left Misc             $0.00
Assigned to: <Unassigned>             0      0
                                                      BALANCE      $5,311.97

Assignee? Yes                  Paid within     days   Participate with CCCS? Yes
Prejudgment Interest? No
        Rate       %
```

Notes

```
Date              Name            Queue      Action/Result Codes
09/16/2005 12:09:15 LJONES        CAN        SYS  AUD  MD
    "APPLICATION - " Received Date changed to '16-SEP-05'.
    Status changed to 'EXPIRED'. Comment changed to 'ACCT
    CAN/BK'.
08/18/2005 04:37:45 SYSTEM                   SYS  AUD
    Account reassigned and accepted by rule
08/18/2005 04:37:37 SYSTEM        CAN        SYS  AUD
    Account: Misc Comment of 'Returned to CA for central
    processing.' added, Reassigned from 'LAW OFFICE SAM
    STREETER PLLC' to 'COLLECT AMERICA, LTD.', Assignee from
    'SVOGEL' to '<Unassigned>'.
08/17/2005 15:25:09 DBENNETT      CAN        SUP  RA   BK
    FIRST DATA REPORT DATED 08/10/05 SHOWS THAT THE ABV DTR
    FILED CH-7.
08/17/2005 15:25:09 SYSTEM        S          SYS  AUD
    Account: Date Closed of '08/17/2005' added, Queue from 'S'
    to 'CAN', Misc Comment of '06-10-05' removed, Subqueue from
    'HCVR' to 'BK7'.
08/17/2005 15:25:09 SYSTEM        S          SYS  AUD
    Bankruptcy[1] Chapter of '7' added, Case Number of '0511481'
    added, Place Filed of 'MID DIST OF AL' added, Date Filed of
    '07/19/2005' added.
08/11/2005 18:01:44 SYSTEM        S          SYS  AUD  INT
    Interest not posted - no interest rate on account.
08/08/2005 20:13:58 SYSTEM        S          SYS  AUD  FD   BKR
    FDS Debtor 1, LINDA J  BROOKS was sent to Firstdata for
    Processing Mon Aug  8 20:13:58 2005
07/14/2005 16:27:20 STACIEP       S          SYS  AUD  MD
    "STATEMENTS - SEP 2004" Received Date changed to
    '14-JUL-05'. Status changed to 'RECVD'.
07/14/2005 16:27:20 STACIEP       S          SYS  AUD  MD
    "STATEMENTS - JUL 2004" Received Date changed to
    '14-JUL-05'. Status changed to 'RECVD'.
07/14/2005 16:27:20 STACIEP       S          SYS  AUD  MD
    "STATEMENTS - AUG 2004" Received Date changed to
    '14-JUL-05'. Status changed to 'RECVD'.
07/14/2005 16:27:20 STACIEP       S          SYS  AUD  MD
    "C/O STATEMENT - MAR 2005" Received Date changed to
```

```
                          ACCOUNT INFORMATION REPORT
ACCOUNT#:    13069159050500053                    FINANCIAL

  Forwarder: CACV069/BANK ONE                              Placement
      Acct#: 4366133054832802                     05/02/2005      $5,311.97
                                                           Last Payment
  Original Creditor: BANK ONE                                        $0.00
        Debt Type: CC                             Principal      $5,311.97
                                                  Interest          $0.00
                                                  Attorney          $0.00
  STATUS: CANCELLED(BK7)                          Court             $0.00
                                    WIP#  Days Left  Misc           $0.00
  Assigned to: <Unassigned>           0       0
                                                  BALANCE       $5,311.97

                 '14-JUL-05'. Status changed to 'RECVD'.
07/11/2005 22:12:39  SYSTEM                 S          SYS  AUD  INT
                 Interest not posted - no interest rate on account.
07/11/2005 20:54:06  SYSTEM                 S          SYS  AUD  FD   BKR
                 FDS Debtor 1, LINDA J  BROOKS  was sent to Firstdata for
                 Processing Mon Jul 11 20:54:05 2005
06/12/2005 13:38:49  SYSTEM                 S          SYS  AUD  INT
                 Interest not posted - no interest rate on account.
06/10/2005 14:48:40  CGILLIAM               S          SYS  AUD  MD
                 "STATEMENTS - JUL 2004"  Status changed to 'REQD'.
06/10/2005 14:48:40  CGILLIAM               S          SYS  AUD  MD
                 "C/O STATEMENT - MAR 2005"  Status changed to 'REQD'.
06/10/2005 14:48:40  CGILLIAM               S          SYS  AUD  MD
                 "STATEMENTS - AUG 2004"  Status changed to 'REQD'.
06/10/2005 14:48:40  CGILLIAM               S          SYS  AUD  MD
                 "STATEMENTS - SEP 2004"  Status changed to 'REQD'.
06/10/2005 14:48:40  CGILLIAM               S          SYS  AUD  MD
                 "APPLICATION - "  Status changed to 'REQD'.
06/10/2005 10:45:00  CGILLIAM               S          SUP  RA   MD
06/10/2005 10:45:00  CGILLIAM               S          SYS  AUD  MD
                 New Media tracking record created.  Date Requested - '',
                 Type - 'C/O STATEMENT', Criteria - 'MAR 2005', Status -
                 'PENDING', Comment - '',
06/10/2005 10:45:00  CGILLIAM               S          SYS  AUD  MD
                 New Media tracking record created.  Date Requested - '',
                 Type - 'STATEMENTS', Criteria - 'SEP 2004', Status -
                 'PENDING', Comment - '',
06/10/2005 10:44:59  CGILLIAM               S          SYS  AUD  MD
                 New Media tracking record created.  Date Requested - '',
                 Type - 'STATEMENTS', Criteria - 'AUG 2004', Status -
                 'PENDING', Comment - '',
06/10/2005 10:44:59  CGILLIAM               S          SYS  AUD  MD
                 New Media tracking record created.  Date Requested - '',
                 Type - 'STATEMENTS', Criteria - 'JUL 2004', Status -
                 'PENDING', Comment - '',
06/10/2005 10:44:59  SYSTEM                 S          SYS  AUD
                 Account: Misc Comment from 'NEED SIGNED APP + 1ST 3 + LAST 3
                 STATEMENTS' to '06-10-05', Subqueue from 'HCV' to 'HCVR'.
06/10/2005 10:44:59  CGILLIAM               S          SYS  AUD  MD
                 New Media tracking record created.  Date Requested - '',
                 Type - 'APPLICATION', Criteria - '', Status - 'PENDING',
                 Comment - '',
06/09/2005 17:40:02  SSTREETER              S          SUP  RA   PR
                 LTR GAVE NEW PHONE # SO CALL IF YOU NEED TO TALK. SO WHILE
                 VOD IS IN PROCESS YOU CAN CALL ONE MORE TIME, BUT BE SURE
                 SHE SAYS IT OK TO CALL WHILE WE WAIT FOR VOD.
06/09/2005 17:40:02  SYSTEM                 S          SYS  AUD
```

```
                         ACCOUNT INFORMATION REPORT
                                                     FINANCIAL
ACCOUNT#:  13069159050500053
                                                              Placement
 Forwarder: CACV069/BANK ONE                         05/02/2005     $5,311.97
    Acct#:  4366133054832802                            Last Payment
                                                                        $0.00
Original Creditor: BANK ONE                             Principal  $5,311.97
       Debt Type: CC                                    Interest       $0.00
                                                        Attorney       $0.00
                                                        Court          $0.00
STATUS:  CANCELLED(BK7)                                 Misc           $0.00
                                    WIP#   Days Left
Assigned to: <Unassigned>           0      0            BALANCE    $5,311.97


              Debtor[1] Home Phone from '3347749566' to '3346852484'.
06/09/2005 17:37:51 SSTREETER        S          SUP  RA  HCV  CBR
              - REC'ED DBTR LTR 6-3-05 DISPUTES AMOUNT REQUESTS VOD.
06/09/2005 17:37:51 SYSTEM           AC         SYS  AUD
              Account: Queue from 'AC' to 'S', Misc Comment of 'NEED
              SIGNED APP + 1ST 3 + LAST 3 STATEMENTS' added, Subqueue of
              'HCV' added.
06/09/2005 17:37:51 SYSTEM           AC         SYS  AUD
              Credit Reporting Dispute Flag NO to YES.
06/09/2005 09:51:10 SVOGEL           AC         COL  RA  NI
              spk to recep...front desk--dtr c/i from Quality Inn 858 S US
              Highway 231 Ozark AL 36360................ 334 774-7300
              sttd dtr was a guest, does not wrk here....
06/03/2005 20:47:43 SYSTEM           AC         SYS  AUD  FD  BKR
              FDS Debtor 1, LINDA J  BROOKS was sent to Firstdata for
              Processing Fri Jun  3 20:47:43 2005
05/24/2005 09:01:11 SVOGEL           AC         COL  RA  AC
              dtr kept trying to get off the phn
05/24/2005 09:01:11 SYSTEM           G          SYS  AUD
              Account: Queue from 'G' to 'AC'.
05/24/2005 09:01:01 SVOGEL           G          COL  RA  NI
              dtr c/i from Quality Inn 858 S US Highway 231 Ozark AL
              36360................ 334 774-7300.....got bill
              //bjk///..4500.00///...***gv till eod to c/b c/i from
              quality inn
05/18/2005 17:43:18 SVOGEL           G          COL  RA  NI
              CLLD FOOTACTION LMW/RALPH TLD HIM NEED TO HAVE DTR C/I
05/17/2005 09:41:47 SVOGEL           G          COL  RA  LM
              Brooks, David 2609 12th St Meridian MS
              39301................ 601 485-2372 CLLD NA
05/16/2005 09:30:55 SVOGEL           G          COL  TDH  LM
              tr lmom
              ralph off 2day
05/15/2005 11:06:54 SYSTEM           G          SYS  AUD  INT
              Interest not posted - no interest rate on account.
05/13/2005 09:01:25 SVOGEL           G          COL  RA  NI
              clld spk to ralph sttd that does know dtr that he doesnt
              have her #, needs her to call him to give it to me, gave
              him my info....tld him pretty important for her to
              call...thats why found him
05/13/2005 03:10:02 SYSTEM           G          SYS  AUD
              Account: Followup date of '05/12/2005' removed.
05/12/2005 15:26:28 SVOGEL           G          COL  RA  NI
              Footaction Usa 1600 Bonita Lakes Cir Meridian MS
              39301.......... 601 483-0833//CLLD SPK TO RICO RALPH WAS
              WITH CO. AUDITOR, C/B IN A LITTLE WHILE
05/12/2005 14:16:14 SVOGEL           G          COL  RA  SF
```

```
                         ACCOUNT INFORMATION REPORT
ACCOUNT#:   13069159050500053                          FINANCIAL

Forwarder:  CACV069/BANK ONE                              Placement
   Acct#:   4366133054832802                           05/02/2005    $5,311.97
                                                       Last Payment
Original Creditor: BANK ONE                                              $0.00
      Debt Type:   CC                                  Principal    $5,311.97
                                                       Interest         $0.00
                                                       Attorney         $0.00
STATUS:   CANCELLED(BK7)                               Court            $0.00
                                  WIP#   Days Left     Misc             $0.00
Assigned to:  <Unassigned>         0        0
                                                       BALANCE      $5,311.97

05/12/2005 14:16:14  SYSTEM              G          SYS  SF
    Followup scheduled for THU, 12-MAY-2005 14:16.
05/12/2005 14:16:04  SVOGEL              G          COL  RA  NI
    recall ootaction Usa 1600 Bonita Lakes Cir Meridian MS
    39301......... 601 483-0833 cll bzy
05/12/2005 03:32:52  SYSTEM              G          SYS  AUD
    Account: Followup date of '05/11/2005' removed.
05/11/2005 21:17:40  SYSTEM              G          SYS  AUD  FD  BKR
    FDS Debtor 1, LINDA J  BROOKS  was sent to Firstdata for
    Processing Wed May 11 21:17:40 2005
05/11/2005 16:07:56  SVOGEL              G          COL  RA  NI
    recall footaction line bzy
05/11/2005 13:29:35  SYSTEM              NB         SYS  AUD
    Account: Queue from 'NB' to 'G'.
05/11/2005 13:29:34  SVOGEL              NB         COL  RA  SF
    clld footaction not in yet
05/11/2005 13:29:34  SYSTEM              NB         SYS  SF
    Followup scheduled for WED, 11-MAY-2005 14:30.
05/10/2005 16:36:10  SVOGEL              NB         COL  RA  NI
    CLLD FOOTLOCKERS IN MS....Foot Locker 1000 Bonita Lakes Cir
    Meridian MS 39301.............. 601 483-4064///SPK TO LADY
    STTD THAT RALPH WRKS FOR FOOT ACTION 601-483-0833...CLLD
    SPK TO A "RICO" STTD THAT HE WLD BE IN TOMORROW AT
    NOON....Footaction Usa 1600 Bonita Lakes Cir Meridian MS
    39301......... 601 483-0833///
05/10/2005 16:28:46  SVOGEL              NB         COL  RA  NI
    CLLD FOOTLOCKER--FootLocker Wiregrass Commons Mall Dothan
    AL .................. 334 793-2272---SPK TO MGR JASON,
    STTD THAT RALPH WAS THE MGR 2 BEFORE HIM...STTD THAT HE
    TRNSFRD TO MS, NOT TN...THAT HE STILL WRKD FOR FOOTLOCKER,
    STTD THAT HE CLDNT GIVE ME HIS INFO, BUT THAT HE CLD RELAY
    THE MSSG TO HIM...
05/10/2005 16:23:56  SVOGEL              NB         COL  RA  NI
    RECALL JOHN STTD THAT DTR IS NOW LIVING IN TENN...THAT SHE
    RELOCATED WITH A GUY THAT WRKD AT THE FOOTLOCKER IN THE
    MALL NAMED RALPH, SHE IS GETTING A DIVORCE FROM
    DAVID...STTD THAT HE HAD NO OTHER INFO TO BE ABLE TO HELP
    ME
05/10/2005 11:56:59  SVOGEL              NB         COL  RA  NI
    clld pretzel place spk to amber, sttd that john also runs a
    t-shirt place gave cell # 334-718-6289///she remembered dtr
    vaguely, not sure where she went to....clld johns cell
    #....john mederez---lmom
05/10/2005 11:52:42  SVOGEL              NB         COL  RA  NI  PR
    recall pretzelmaker....3333...this # is listed to dtrs prev
    add on cbr....putting on acct---Wireless, Solutions 900
    Commons Dr Dothan AL 36303.............. 334 673-9091//clld
```

```
                        ACCOUNT INFORMATION REPORT
ACCOUNT#:    13069159050500053                           FINANCIAL

Forwarder: CACV069/BANK ONE                              Placement
    Acct#: 4366133054832802                    05/02/2005        $5,311.97
                                                         Last Payment
Original Creditor: BANK ONE                                          $0.00
       Debt Type: CC                           Principal        $5,311.97
                                               Interest             $0.00
                                               Attorney             $0.00
STATUS: CANCELLED(BK7)                         Court                $0.00
                                  WIP#   Days Left   Misc           $0.00
Assigned to: <Unassigned>          0        0
                                                       BALANCE  $5,311.97
```

```
                    spk to sonja sttd i was calling suite k6---sttd that she
                    knew of pretzelmaker.....gv me wiregrass commons mall main
                    # 334-794-8180///clld dialed 0....spk to lindsey vrfd # i
                    have is only # she has gv me other # to mall office
                    334-792-7734//clld spk to colleen sttd maybe cld help
                    out...sttd that dtr was the previous mgr there, that now a
                    john menendez is...tld me to try back---maybe b/c its lunch
                    hr
05/10/2005 11:52:42 SYSTEM                  NB          SYS  AUD
                    Debtor[1] Work Phone of '3347923333' added.
05/10/2005 10:12:16 SVOGEL                  NB          COL  RA   NI
                    Pretzelmaker of Dothan 900 Commons Dr Ste 501 Dothan AL
                    36303... 334 792-3333//clld na
05/10/2005 08:43:01 SVOGEL                  NB          COL  TDH  NA
                    TR NA
05/09/2005 09:00:27 SVOGEL                  NB          COL  RA   NI
                    nearby and only person listed on st....---Ruley, Wallace 156
                    Crystal Dr Ozark AL 36360.................... 334
                    774-1576//clld lmw/wallace will relay mess
05/09/2005 08:17:30 SVOGEL                  NB          COL  TDH  NA
                    tr na
05/07/2005 03:29:28 SYSTEM                  H           SYS  AUD
                    Account: Queue from 'H' to 'NB'.
05/06/2005 16:25:17 SYSTEM                  H
                    LETTER DM1P ID 15061116 PRINTED ON 06-MAY-05, AT OUTSOURCE
                    VENDOR RENKIM
05/06/2005 04:46:52 SYSTEM                  DM          SYS  AUD
                    Account: Queue from 'DM' to 'H'.
05/05/2005 14:47:00 SVOGEL                  DM          COL  RA   NI
                    BROOKS, LINDA J
                    SSN: 420869785
                    Birth date: 06/29/1964
                    Gender: F
                    Spouse: DAVID   168 CRYSTAL DR
                    OZARK, AL 36360
                    11/28/2002 to
                    04/05/2005

                    Owner Name: BROOKS DAVID G
                    BROOKS LINDA J
                    Mail Addr: 168 CRYSTAL DR
                    OZARK, AL 36360-5141
05/05/2005 13:34:46 SVOGEL                  DM          COL  TDH  NA
                    TR NA
05/05/2005 13:03:10 SYSTEM                  DM          SYS  RA   NI
                    CRR RESULTS RETURNED FOR (1) LINDA J BROOKS.
05/05/2005 11:22:11 SYSTEM                  DM          SYS  AUD
```

ACCOUNT INFORMATION REPORT

ACCOUNT#:   13069159050500053                          FINANCIAL

Forwarder:  CACV069/BANK ONE                           Placement
    Acct#:  4366133054832802                    05/02/2005    $5,311.97
                                                       Last Payment
Original Creditor:  BANK ONE                                      $0.00
        Debt Type:  CC                          Principal    $5,311.97
                                                Interest         $0.00
                                                Attorney         $0.00
STATUS:  CANCELLED(BK7)                         Court            $0.00
                            WIP#    Days Left   Misc             $0.00
Assigned to:  <Unassigned>   0         0
                                                BALANCE      $5,311.97

                   Account distributed by HECKMAN
05/05/2005 11:22:11 SYSTEM              DM         SYS    AUD
                   Account: Assignee from '<Unassigned>' to 'SVOGEL'.
05/05/2005 10:27:18 SYSTEM              DM         SYS    AUD
                   Account: CA Account Number from '13069144000980951' to
                   '13069159050500053', Reassigned from 'PENDING APPROVAL' to
                   'LAW OFFICE SAM STREETER PLLC'.
05/05/2005 10:27:18 SSTREETER           DM         SYS    AUD
                   SSTREETER approved this New Business account.
05/03/2005 03:47:40 SYSTEM              NCOA       SYS    AUD
                   Account: Queue from 'NCOA' to 'DM'.
05/02/2005 14:53:27 SYSTEM              NCOA       SYS    AUD  LX    LP2
                   Debtor 1, LINDA J,BROOKS was sent to Lexis for processing
05/02/2005 12:34:06 SYSTEM              NCOA
                   ACCOUNT CREATED - CLIENT DATA LOADED (ID 144)