## Certificate of Service

    I hereby certify that I have served a copy of the forgoing upon counsel for the Plaintiffs via US Mail, postage prepaid, this the 9th day of November, 2006, to the following address:

David G. Poston
Brock & Stout
P.O. Box 311167
Enterprise, AL 36331

Gerald A. Templeton
The Templeton Group, P.C.
1000 Providence Park
Suite, 200
Birmingham, AL 35242

                                                                        */s/ India A. Ramey*
                                                                        Of Counsel