IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06-CV-0062-MEF |
| | ) | |
| LAW OFFICE OF SAM STREETER, | ) | |
| P.L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to a phone call from India Ramey, Esq., one of defendants' counsel, reporting that the parties have settled the discovery dispute, it is

**ORDERED** that the phone conference set at 3:00 p.m. on November 16, 2006 (Doc. 9, November 9, 2006), is hereby CANCELLED.

Done this 16th day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE