IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-62-MEF |
| | ) | |
| LAW OFFICE OF SAM STREETER, | ) | |
| P.L.L.C., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The parties have informed the Court that Plaintiff and Defendant Law Office of Sam Streeter have agreed to a settlement. It is therefore ORDERED that:

1. Plaintiff and Defendant Law Office of Sam Streeter shall file a joint stipulation of dismissal on or before January 2, 2007.

2. All deadlines set by and proceedings before Chief United States District Judge Mark E. Fuller in this action are CONTINUED generally until further Order of this Court.

DONE this the 20th day of November, 2006.

                                                                   /s/ Mark E. Fuller
                                             CHIEF UNITED STATES DISTRICT JUDGE