IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA BROOKS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    CASE NO. 1:06-cv-62-MEF |
| | ) |
| LAW OFFICE OF SAM STREETER, | ) |
| P.L.L.C., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before January 2, 2007.

DONE this the 22nd day of November, 2006.

                                                                     /s/ Mark E. Fuller
                                                     CHIEF UNITED STATES DISTRICT JUDGE