IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA BROOKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO 1: 2006-CV-62-MEF |
| LAW OFFICE OF SAM STREETER, P.L.L.C., et al., | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and the Defendant - Law Office of Sam Streeter, P.L.L.C. by and through their counsel of record, and pursuant to the Federal Rules of Civil Procedure, file this joint stipulation of dismissal as all claims in this matter between these parties having been settled. These parties do stipulate and agree that these claims shall be dismissed with prejudice, each party to pay its own costs.

Further, because the other defendants named in Plaintiff's complaint were not served with the complaint and the case has been resolved, all of the other plaintiff's claims against the individually named debt collectors are also dismissed by Plaintiff with prejudice pursuant herein. All claims pending in this action have been resolved and it is appropriate for this action to be dismissed with prejudice in its entirety.

Dated this 8th day of January 2007.

_/s/ Gerald A. Templeton_
Gerald A. Templeton, Esq.
An Attorney for Plaintiff

OF COUNSEL:
The Templeton Group, P.C.
1000 Providence Park
Suite 200
Birmingham, AL 35242

_____
India A. Ramey, Esq., Attorney for Law Office of
Sam Streeter, P.L.L.C., Defendant

OF COUNSEL:
HALCOMB & WERTHEIM, PC
PO Box 12005
Birmingham, AL 35202-2005

## CERTIFICATE OF SERVICE

I hereby certify that on this __8th__ day of January 2007, I served by Facsimile and by First-Class mail, postage prepaid, a true and correct copy of the foregoing document to the following parties:

**W. McCollum Halcomb** (HAL030)
**India A. Ramey, Esq.**
Attorneys for Law Office of
Sam Streeter, P.L.L.C.
HALCOMB & WERTHEIM, PC
PO Box 12005
Birmingham, AL 35202-2005
(205) 251 0046
(205) 251 0017

**David G. Poston**
Brock and Stout
PO Drawer 311167
Enterprise, AL 36331-1167
(334) 671 5555
(334) 671 2689 Fax

_____
OF COUNSEL

2